HARRY B. CHAMBERS, as Chairman of the Democratic County Committee of Bronx County, Respondent, *v.* I. BEN GREENMAN ASS'N., Appellant, et al., Defendants.

*Per Curiam.* The use of the signs on the same building as shown by Exhibits A, B, C and D, together with the use of the word "Democratic" and the emblem of the regular Democratic Party in connection with them, in our opinion is improper as it would have a tendency to confuse the voters and create the impression that the names appearing upon the signs are the candidates of the regular Democratic organization. (*Fay* v. *O'Connor,* 169 Misc. 466, affd. 257 App. Div. 815, affd. 281 N. Y. 849.) The order, accordingly, should be affirmed.

Martin, P. J., Townley, Glennon and Cohn, JJ., concur; Dore, J., taking no part.

Order unanimously affirmed.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MAX EICHENHOLTZ, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

SOPHIE FEDER, Respondent, v. CAROLINA BAGGING COMPANY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Callahan and Wasservogel, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT E. OLSEN, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Callahan and Wasservogel, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE ERSHIG, Appellant.— Judgment reversed, the information dismissed and the fine remitted on the ground that the guilt of the defendant was not established beyond a reasonable doubt. Present — Martin, P. J., Townley, Glennon, Callahan and Wasservogel, JJ.; Callahan, J., dissents and votes to affirm.